# Martha G. Bronitsky
Chapter 13 Standing Trustee
United States Bankruptcy Court

22320 Foothill Blvd #150, Hayward, CA 94541
Mail to: P.O. Box 5004, Hayward, CA 94540-5004
Debtor Chapter 13 Plan Payments to: P.O. Box 88007, Chicago, IL 60680-1007
Telephone: (510) 266-5580
Fax: (510) 266-5589

July 14, 2017

Patrick L Forte Atty
1624 Franklin St #911
Oakland, CA 94612

Chapter 13 Case No.: 17-41604-CN 13
Re: Margo Maria Blue

In our initial review of your client's case, the trustee requests clarification of the listed items on the attached forms.

Although a complete review of this case has not taken place and there may be other inconsistencies that may need to be addressed at the 341 meeting, it is necessary to advise you of the situation.

The requested items **must** be received five (5) days prior to the 341 meeting of creditors. Failure to provide the requested information may result in the recommendation by the trustee that this case be dismissed or converted to a Chapter 7.

If you have any question concerning this matter, please do not hesitate to contact the Legal Department.

Sincerely,

/s/ Martha G. Bronitsky
Martha G. Bronitsky
Chapter 13 Standing Trustee

## CASE # 1741604 BLUE

BASED ON THE INITIAL REVIEW OF THE ABOVE DEBTORS CASE THE FOLLWING AMENDED PLAN, SCHEDULES AND/OR MISC DOCUMENTS **NEED TO BE FILED WITH BANKRUPTCY COURT** FOR THE FOLLOWING REASONS:

## DEBTOR'S PLAN

[]      Standard Oakland Division Chapter 13 plan to be filed with court. (Version 8/1/13 – see attached)

[]      Please serve the plan on all creditors with 28 days' notice and opportunity to object on all creditors or 21 days' notice and opportunity to object, if plan was previously served and amendment is being filed that effects the creditors.
[Attached is a standard notice and certificate of service. Please include your creditors in the certificate of service and mail a copy of the notice, certificate of service and the plan to each creditor and file the notice and certificate of service with the bankruptcy court]

[]      Section 1.01a Plan payments and/or months not provided on the chapter 13 plan
[]      Section 1.01a missing source of plan payment/step up payment
[]      Section 1.01b missing source and/or date of lump sum payment
[]      Section 1.01c missing plan term and/or term does not match 1.01a

[XX]     PLAN NOT FUNDING AT PROPOSED 100% TO UNSEC - NEED $609 @ 8.6% T/F
[]      Section 2.10 missing priority creditors from schedule E/F

[]      Section 2.12
          ___ Percent plan or Pot Plan must be selected
          ___ Estimated percentage must be reflected under "Pot Plan"

[]      The following creditor(s) treatment unfairly discriminates other unsecured creditors:
Section: ____ Creditor: _____

[]      No time frame for sale/refinance of property and/or time frame to long in section 1.01(b). (Timeframe should not exceed 12 months)

[]      Per Trustee's plan calculations;
          ___ Plan exceeds sixty (60)/thirty six (36) months, Needs $ _____
          ___ Monthly payments on attorney fees too high
          ___ Monthly payments on attorney's fees & arrears overlap.
          ___ No monthly payment provided for
          ___ Pre/Post confirmation fixed payments exceed actual payments proposed. (These are payments that Trustee is to disburse to creditor(s) on a monthly basis, so they must be less than the proposed plan payment).

        \_\_\_ Debtors plan fails to meet the chapter 7 liquidation analysis

[]      Information on the plan, does not match/needs clarification:
        \_\_\_ Creditor is listed in multiple sections, must select one.

[]      Claim #\_\_\_ filed by \_\_\_\_ - not provided for and/or classification of claim is different than scheduled and/or filed for higher than scheduled.

[ ]     Section 2.05 – "reduction in value" requires Motion to value Collateral to be filed and ordered prior to confirmation of plan - Please serve with 28 days' notice and opportunity to object.
Needed for the following creditors: _____

## MISC DOCUMENTS

[XX]    Copy of most recent filed IRS tax return to trustee's office 7 days before 341.
Send 1st two pages of 1040 & schedule C (if applies) with all SSN's redacted including dependents' names and SSN's (if applies).

[]      Payment advices/paystubs and/or Certification pursuant to General Order 32 (from 60 days prior to filing) to be provided to trustee's office 7 days before 341.

        NOTE: PLEASE DO NOT FILE <u>TAXES</u> OR <u>PAYMENT ADVICES</u> WITH COURT.
        THEY ARE TO BE SENT IN THE FOLLOWING FORMATS:
- Via mail - Po Box 5004 Hayward Ca 94540
- Drop off – 22320 Foothill Blvd #150 Hayward Ca 94541
- FTP site (Contact the Trustee's office for instructions)
- Encrypted file via email 13TRUSTEE@OAK13.COM only if properly encrypted, with the proper access information provided to the Trustee's office. Taxes and payment advices must be attached as separate PDF attachments with social security numbers redacted. If the email is not encrypted they will not be accepted.

[]      Certificate of credit counseling and/or declaration of exigent circumstances re: credit counseling to be filed.

[]      Statement by debtor not represented by an attorney to be provided (see attached)

## MEANS TEST (Form 122C-1/ Form 122c-2)

[]      Payment of $ with % to unsecured creditors is needed to pay in disposable monthly income of $

[]      Per means test, commitment period of 60 months is needed for plan.

[]      Business expenses need to be moved from form 122C-1, line 5 to form 122C-2, line 43.

[]      Deduction on # needs a supporting declaration.

[]      Deduction on # does not match the current expenses of the debtor, per the schedule J.

[]      Incorrect information on means test Line#

[]      Declaration is necessary to explain the difference between the Means Test Income of $_____ and the Schedule I income of $_____.


## SCHEDULES:

[]      **Voluntary Petition (Form 101)**: Part ___ # ___:

[]      **Summary of Your Assets/ Liabilities/ Certain Statistical information (Form 106Sum)**: Part ___ # ___:

[]      **Schedules A/B (Form 106A/B)**: Part ___ # ___:

[]      **Schedule C (Form 106C):**
        Part ___ # ___:

[]      **Schedule D – Secured Creditors (Form 106D):** Part ___ # ___:

[]      **Schedule E/F- Unsecured creditors (Form 106E/F):** Part ___ # ___:
        ____ must reflect domestic support obligation information for the holder of the claim. (Only if there is a court ordered for the support)

[]      **Schedule G – Executory Contracts (Form 106G):** Part ___ # ___:

[]      **Schedule H – Co-Debtors (Form 106H):** Part ___ # ___:

[]      **Schedule I – Income (Form 106I):**
        ____ Part ___ # ___:
        ____ must reflect complete employer address/information for debtor.
        ____ Line 8a requires supporting statement that reflects gross receipts, ordinary and Necessary business/rental expenses, and total monthly net income.
        ____ Declaration of outside party to support plan to be filed re: _____
(Including: Name of person giving the support, source of the support, amount of the support & the duration of the support)

[]      **Schedule J - Expenses**

- [ ] **(Form 106J):**
    - ___ Part ___ # ___:
    - ___ Expenses exceed Income
    - ___ Proposed payment exceeds excess income
    - ___ Auto insurance not provided for
    - ___ Not all excess income is being paid into the plan $___ after expenses & proposed $___ plan payment
- [ ] **(Form 106J-2):** Part ___ # ___:

- [ ] **Statement of Financial Affairs (Form 107):**
    - ___ Information incomplete Part ___ # ___:
    - ___ Part ___ # ___ Missing

## ATTORNEY FEES
- [ ] Rights and Responsibilities form is not filed and/or on incorrect form [Form was updated 8/1/15 to include provision for MMM fees]
- [ ] Attorney fee disclosure form is not filed and/or on incorrect form
  Note: fees will not be paid unless above forms are filed on the correct form

## MORTGAGE MODIFICATION MEDIATION (MMM):
- [ ] Motion for referral of case to the MMM program needs to be filed and ordered

## OTHER:

- [ ] Motion to dismiss:

- [ ]

***Note: If you have questions regarding the above information, please contact the Trustee's office by phone (510) 266-5580 or send an email:
RLE - Susie Valdivia at svaldivia@oak13.com
CN - Rammet Munoz at rmunoz@oak13.com
WJL - Veronica Valdez at vvaldez@oak13.com